Hailey v. McGee.

JOHN P. HAILEY v. J. C. McGEE, ADM'R.

Commissioners appointed by the Governor, with authority to take acknowledgments of deeds, depositions and oaths, to be recorded or used in this State, have authority to take and certify the affidavit required by law in authentication of a claim against an estate.

Error from Panola. Tried below before the Hon. William W. Morris.

Suit by plaintiff in error on a claim against the estate of defendant's intestate, the authentication of which was taken and certified in Louisiana by a Commissioner authorized by the Governor of this State to take acknowledgment of deeds, &c. Demurrer on the ground that such Commissioner had no authority to take the authentication of the claim, sustained.

*W. R. Poag*, for plaintiff in error, suggested that he was informed the Court had decided the very point, at the last session at Austin.

*D. Field*, for defendant in error.

HEMPHILL, CH. J. The only question in this case is, whether a Commissioner of Deeds in another State has competent authority to administer the oath required to be taken in authentication of claims against the estate of a person deceased. We have decided, and it is believed in more than one of the cases yet unpublished, that he has such authority.

The fact that the affidavit in support of the claim in this case was made before such Commissioner, was not a good cause of demurrer ; and the judgment is therefore reversed and the cause remanded for a new trial.

                                    Reversed and remanded.

Roberts, J., did not sit in this case.